(Del. Rev.12/98)

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

MR. OTIS MICHAEL BRIDGEFORTH
(OWNER) www.SoloViceCityFinest.webs.com)
(Name of Plaintiff or Plaintiffs)

v.  CIVIL ACTION NO. __12 - 1697__

PAYPAL PRESIDENT RAJIV DUTTA,
JANET W. LAMKIN PRESIDENT BANK OF AMERICA (CALIFORNIA ET AL
(Name of Defendant or Defendants)

2012 DEC 12 PM 2:40  FILED U.S. DISTRICT COURT DISTRICT OF DELAWARE

## COMPLAINT

1. This action is brought pursuant to __480 CONSUMER CREDIT__
(Federal statute on which action is based)

for discrimination related to __AGE, RACE, SEX, DISABILITY DISCRIM__ jurisdiction exists by virtue of
(In what area did discrimination occur? e.g. race, sex, religion)

__42 U.S.C. § 1983__ .0.
(Federal statute on which jurisdiction is based)

2. Plaintiff resides at __2912 N. WASHINGTON STREET__
(Street Address)

__WILMINGTON__   __NEWCASTLE__   __DELAWARE__   __19802__
(City)   (County)   (State)   (Zip Code)

__787 598 4804__
(Area Code) (Phone Number)

\* 43 DEFENDANTS TOTAL
3. Defendant resides at, or its business is located at __DEFENDANT #1 RAJIV DUTTA__
(Street Address)

__PAYPAL PRESIDENT__   __19700 MONTAUCK CURT__   __SARATOGA, CA 95070__. (IC)
(City)   (County)   (State)   (Zip Code)

4. The alleged discriminatory acts occurred on __11__, __12__, __12__.
(Day) (Month) (Year)

5. The alleged discriminatory practice ⓘ_is_  ☐ _is not_ continuing.

(CA) CLASS ACTION \*
(IC) INDIVIDUAL CAPACITY \*
(OC) OFFICIAL CAPACITY \*

/.0

DEFENDANT #2           (*) CORPORATE OFFICE            (**) PAYPAL LEGAL DEPT. CAN NOT REPRESENT PAYPAL AS # DEFENDANT

CUSTOMER SERVICE (oc)    #2 PAYPAL CORPORATE OFFICE AND HEADQUARTERS
                         2211 N. FIRST STREET SAN JOSE CA 95131
(IC) CS REP. MATT EID# 41807 #3 *       410-935-2250
(IC) CS REP NOEL EID# 78167 #4 *
** (OC) PAYPAL LEGAL DEPARTMENT #5 * 12211 N. FIRST STREET SAN JOSE CA 95131
(IC) CS REP. AJ EID# 40553 #6 *
(IC) MICHAEL ODENBURG COMPLAINTS SECTION #7 * 408-967-5033
(IC) RYAN DOWNS SENIOR VICE PRESIDENT OPERATIONS #8 * 4083767514
(OC) PAYPAL BANKING AND CHECK ISSUES #9 * 402 935 2284
(OC) PAYPAL ACH PROCESSING AND CHECK SERVICE #10 402 935 2212
(OC) PAYPAL ACCOUNT REVIEW DEPARTMENT #11 402 935 2255
(OC) PAYPAL COMPLIANCE #12 402 935 2223
(OC) PAYPAL DEBIT CARD SERVICES #13 402 935 5181
(OC) PAYPAL ESCALATIONS DEPARTMENT #14 402 935 2116
(OC) PAYPAL FRAUD PREVENTION DEPARTMENT #15 402 935 2239
(OC) PAYPAL MANAGER RESOLUTIONS DEPARTMENT #16 402 935 2251
(OC) AMANDA PIRES PAYPAL MEDIA RELATIONS #17 408 967 1005
(OC) PAYPAL CHARGEBACK DEPARTMENT #18 402 537 5755
(OC) PAYPAL AMERICA AND CANADA SENIOR AGENTS #19
(OC) PAYPAL SA THOMAS #20 402 952 8691
(OC) PAYPAL ESCALATIONS DEPARTMENT STRATEGIC RISK OPERATIONS TIFFANY ZAPOROWSKI #21 402 935 2238
(OC) PAYPAL ESCALATIONS EXECUTIVE OFFICE SUPERVISOR ELIZABETH MOREY #22 402 935 2238
(OC) PAYPAL SA ADAM BRANSCH #23 402 935 2172
(OC) PAYPAL ESCALATIONS EXECUTIVE OFFICE AGENT SONGBRIEL #24 402 952 8902
(OC) PAYPAL SA BETH BEUTLER #25 402 935 2268
(OC) PAYPAL SA LESLIE BYRNE #26 402 935 2349 OR 402 935 5146
(OC) PAYPAL SA JOYCE ERIKSON #27 402 935 5145
(OC) PAYPAL SA MELODY FRY #28 402 935 5145
(OC) PAYPAL SA LARRY ZINC #29 402 935 2174
(OC) PAYPAL SA MICHAEL LAZURE ACH/WIRE EXPERT #30 402 935 2227
(OC) PAYPAL SA RICK MARTIN #31 402 935 5163
(OC) PAYPAL SA STEPHANIE MIKOVEC #32 402 935 5673
(OC) PAYPAL SA MEGAN MOORE #33 402 935 2157
(a) #34 PAYPAL UNITED KINGDOM EUROPE   08707/307191
AT: PAYPAL EUROPE LTD. HOTHAM HOUSE, HERON SQUARE, RICHMOND UPON THAMES, SURREY, TW9 1E
(OC) #35 PAYPAL AUSTRALIA   (02) 8223 9500
AT: 191 YORK STREET, SYDNEY NEW SOUTH WALES
(OC) #36 DAVID GRAHAM MANAGER DIRECTOR PAYPAL DEUTSCHLAND
AT: GMBH, MARKTPLATZ, EUROPARC-DREILINDEN, BERLIN-14532
AND: 3 WOODSIDE ROAD, NEW MALTON, SURREY, KT3 3AH

(IC) PAYPAL BOYD JONES LEGAL DEPARTMENT #37 866 571 3012
(IC) PAYPAL STACY EXECUTIVE ESCALATIONS #38 402 935 2228
(IC) PAYPAL BETH EXECUTIVE ESCALATIONS #39 402 935 2268
(IC) PAYPAL MICHELLE EXECUTIVE ESCALATIONS #40 402 935 2269
(IC) PAYPAL SUZANNE COMBES BROWN FRAUD AND SECURITY RISK MANAGEMENT MANAGER #41 402 935 2366
(IC) PAYPAL NANCY CASE MERCHANT FRAUD AND RISK #42 402 935 5161
#43 JANET W. LAMKIN PRESIDENT BANK OF AMERICA CALIFORNIA
AT: DELAWARE OFFICE BANK OF AMERICA
1100 N. KING STREET
WILMINGTON, DELAWARE 19884

6. Plaintiff(s) filed charges with the _(CFPB) Consumer Financial Protection_
(Agency)
_Bureau    1855 411 2372    Charge # 1212/12-000088_
(Street Address) (City) (County) (State) (Zip)

regarding defendant(s) alleged discriminatory conduct on: _12/11/12_
(Date)

7. Attach decision of the agency which investigated the charges referred in paragraph 6 above.

8. Was an appeal taken from the agency's decision?    Yes Q    No Q

_No grievance necessary after exhausted. Defendants violated statute 480_

If yes, to whom was the appeal taken? _____

9. The discriminatory acts alleged in this suit concern: (Describe facts on additional sheets if necessary)

_#1. On December 11th 2012 starting 2/28/12 the pay pal defendants all in individual and official capacity, embezzled monies, belonging to the plaintiff Mr. Otis Michael Bridgeforth, paypal acct. holder, and owner of www.Sohovice City Finest.webs.com. To be specific defendants #1-43, on 12-11-12 agreed to steal two money deposites amounting to 7,000.00 dollars, see exhibits. Defendant #43 acted with #1_

10. Defendant's conduct is discriminatory with respect to the following:
   A. Q̸ Plaintiff's race
   B. Q̸ Plaintiff's color
   C. Q  Plaintiff's sex
   D. Q  Plaintiff's religion
   E. Q  Plaintiff's national origin

2

EMBEZZELING OVER 100,000,000 — THRU FORIGN AND DOMESTIC MONIES SENT TO THE PLAINTIFFS PAYPAL ACCT. THE PLAINTIFF LOST WAGES, AND BUSNESS. MR. BAIN (TINTED23@GMAIL.COM) A CONSUMER MARVOLOUSLY ARRANGED A PURCHASE FROM PLAINTIFFS BUISNESS. BAIN SENT PAYMENT TO PLAINTIFFS PAYPAL ACCT. TO COVER COST OF AUTOMOBILE PURCHASE, 12.11.12. BAIN ACCT. HOLDER (BOA) BANK OF AMERICA, SEE EXHIBITS IN SUPPORT OF COMPLAINT, HAS NO KNOWLEGE OF (BOA) COOPERATION WITH PAYPAL DEFENDANTS. MR. CHIEUN LEE SENT 3,500 TO PLAINTIFFS PAYPAL 12.11.12, TO COVER COST OF A AUTOMOBILE PURCHASE, AND PAYPAL, EMBEZZLED THE SAME. NOTE: SEE EXHIBIT #1 CERTIFICATE OF MONEY TRANSFER, PAY PAL. DISCRIMINATION IS DUE TO PLAINTIFFS DISABILITY, RACE, COLOR, SEX, RELIGION, AND PLAINTIFF IS DEPRIVED 7,000.00 – 100,000,000.00.

P2. RELIEF DEMANDED (CONTINUED)

11.  Plaintiff prays for the following relief:  (Indicate the exact relief requested)

\#1 PAYPAL CLOSED DUE TO PREVIOUS CIVIL RIGHTS STATUTE VIOLATIONS AGAINST CONSUMERS (CLASS ACTION LAWSUIT)

\#2 BANK OF AMERICA CLOSED DUE TO PREVIOUS CIVIL RIGHTS STATUTE VIOLATIONS AGAINST CONSUMERS (CLASS ACTION LAWSUIT)

\#3 REIMBURSMENT OF ALL MONETARY LOST OF WAGES IN THE AMOUNT OF $100,000,000.00 (ONE HUNDRED MILLION DOLLARS)

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: 12/12/12

MR. Otis Michael Bridgefoth
(Signature of Plaintiff)

25 of 1,417

- Easy Application. Apply Now! Bad Credit Ok. Fast Loan.

### Message From PayPal***Awaiting Your Response***

Starred
Important
Sent Mail
Drafts (27)
Circles
Personal

service@paypal.com    Dec 11 (1 day ago)



THEBAULSOLO JACKSON    Dec 11 (1 day ago)

Verification [email] is substantial, please continue proper buisness proffessional account holder buisness with me. Im exspectiong transactions

On 12/11/12, [sender] wrote:
> [image: PayPal]
> **
> *Payment Confirmation!*

Bain Harry
Bella
creamer saint
Customer Service

service@paypal.com
Add to circles

Create Paypal Forms
Create forms to accept payments and donations.

Free Credit Card Terminal
Free Terminal & Setup. No Contract. Low Processing Rate. Know More.





As per the e-mail PayPal sent to me which is also similar to yours, you will have to pay an upfront payment of $750 out of your pocket via western union office at your post office to the address given to you, and you will be given the information requested which you will e-mail to PayPal by replying to the confirmation mail sent from them together with the information you have from western union...and you will receive the whole money in your account without any delay, kindly read the mail sent to you very well...pls advice asap..  Re: Payment Made



## Payment Made

**Bain Harry** — Dec 11 (1 day ago)

**THEBAULSOLO JACKSON** — 7:34 AM (3 hours ago)

**Bain Alley** — 8:06 AM (3 hours ago)

As per the e-mail PayPal sent to me which is also similar to yours, you will have to pay an upfront payment of $750 out of your pocket via western union office at your post office to the address given to you, and you will be given the information requested which you will e-mail to PayPal by replying to the confirmation mail sent from them regarding the details you have from western union...and you will receive the whole money in your account without any delay, kindly read the mail sent to you very well.. pls advice asap.

Reply   Forward

EX 2.1



Starred
Important
Sent Mail
Drafts (27)
Circles
Personal

Bain Harry
Bella
creamer saint
Customer Service

Payment Made                                                         4 of 1,416

State Farm - Save Up To $480 - You can save $480 on auto insurance with State Farm®. Get A Quote

**Bain Harry**                                                       Dec 11 (1 day ago)

**THEBAULSOLO JACKSON**                                              9:03 PM (15 hours ago)

**THEBAULSOLO JACKSON**                                              10:03 PM (14 hours ago)

**Bain Alley**                                                       11:40 PM (12 hours ago)

**THEBAULSOLO JACKSON**                                              5:42 AM (6 hours ago)

Allright, when payment was made to my paypal acct , which bank you sent it from

On 12/11/12, Bain Alley < > wrote:

john tinted
Add to circles

State Farm
Save Up To $480
You can save $480
on auto insurance
with State Farm®
Get A Quote

EX# 2.2

Bain Alley                                                                                                                      6:50 AM (5 hours ago)

BOA

ex # 2.3





4 door dodge neon for sale 80000 ori miles title cash only

chieun_lee    Dec 10 (2 days ago)

THEBAULSOLO JACKSON    Dec 11 (1 day ago)

Chieun Lee    Dec 11 (1 day ago)

I was just about to pay when i had this problem with the pick up, my pick up agent says i will need to pay for the pick up before they can schedule a pick up time, they charged me $900 for pick up and delivery and also with the insurance fee, and payments for pick up made through them is made to their corporate international headquarters which is in state and the payments is made through western union money transfer, i will add the $1000 to the money i will send through paypal as soon as i have made the payments. i will email you and let you know and please i will need you to help me send the money to my pick up agent Hq in the state through western union money transfer, this can be done from any post office ,there is always western union money transfer section in most post offices or at the bank. I would have done it myself but we cant bring some of our personal effects along, i am a little

EX #4

**THEBAULSOLO JACKSON** <thebaulsolo@gmail.com>  10:04 PM (13 hours ago)

Please respond with the sending bank name and address

On 12/11/12, THEBAULSOLO JACKSON <thebaulsolo@gmail.com> wrote:
> I tracked and confirmed payment was sent , there is no need for you to
> contact paypal I will handle the western union, all I need is to
> confirm the bank and address. Payment was sent
>
> On 12/11/12, Chieun Lee <chieun.lee@gmail.com> wrote:
>> I have just made the payments now and i expect paypal to have emailed by
>> now if not you can check your spam or junk folder for the confirmation, i
>> sent $3,500 in all, to (obridy-form@rocketmail.com) i added $1,000 meant
>> for pick up and delivery and the western union fee also and the
>> insurance,
>> so you will need to send $900 to the pick up agent Headquarters via
>> western
>> union money transfer, paypal said they have emailed you to this effect, i
>> added extra $100 to cover the western union charges which shouldn't be
>> more
>> than $100, so $3,500  will be credit to your account  Here is the pick up

EX #5